IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:05CR401 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MICHAEL DUNAWAY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Jessica L. Milburn to withdraw as counsel for the defendant, Michael Dunaway [24]. Since Karen M. Shanahan, Assistant Federal Public Defender, has entered an appearance for the defendant [23], the motion to withdraw [24] is granted. Jessica L. Milburn shall be deemed withdrawn as attorney of record.

**IT IS SO ORDERED.**

DATED this 18th day of April, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge